IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:04-CR-057** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **TROY FAMOUS** | : | |

## **O R D E R**

By Order of February 18, 2004, this case was placed under seal upon the application of the United States for a sealing order. The United States has filed a motion to unseal, stating that it is no longer necessary for this case to remain sealed. Therefore, it is hereby ORDERED that the Government's motion to unseal (Doc. 38) is GRANTED. This case is UNSEALED as of this date.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge